# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>KARLA MARLENE MARTINEZ-PEREZ(1),<br><br>      Defendant. | CASE NO. 11CR5141-IEG<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in case 11CR5522-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

  21:952 and 960

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 12/6/2011

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge